**STEWART LEE KARLIN LAW GROUP, P.C.**
**ATTORNEYS AT LAW**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**Tel: (212) 792-9670**
**Fax: (844) 636-1021**
**slk@stewartkarlin.com**

October 16, 2026

**<u>Via ECF</u>**
Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**Re: Byas v. Yonkers Public Schools**
**26 cv 00965-KMK**

Dear Judge Karas:

This office represents the Plaintiff in the above-referenced matter. We respectfully request, *on consent*, an extension from October 16, 2026, to October 20, 2026, to submit to the Court a settlement letter advising whether this matter should be referred to the Magistrate Judge for a settlement conference.

The requested extension will give the parties additional time as to whether settlement conference would be beneficial to the parties at this time.

I thank the Court for its consideration herein.

Very truly yours,

*s/ Stewart Lee Karlin*
Stewart Lee Karlin, Esq.

cc: Paul J. Wooten, Esq. via ECF

Granted.

So Ordered.

10/16/26